UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 07MJ8954 |
| vs. | ) | ORDER |
| Oscar Flores-Arce | ) | RELEASING MATERIAL WITNESS |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Pedro Sanchez Ronda
05751298

DATED: 12/13/07

PETER C. LEWIS

RECEIVED _____ DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by  Jereyn Alvarez-Toneo
Deputy Clerk