AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

OSCAR FLORES-ARCE

**WAIVER OF INDICTMENT**

CASE NUMBER: 07MJ8954
07CR3364 DMS

I, OSCAR FLORES-ARCE, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 12/13/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer

**FILED**

DEC 13 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY